# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Albino Diaz-Hernandez<br>a/k/a Alvino Diaz-Hernandez<br><br>*Defendant(s)* | ) ) ) ) ) ) ) )  Case No.  8:25-mj-2102-LSG |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 15, 2025__ in the county of __Hillsborough__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) and (b)(1) | Illegal Re-entry |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Luis A. Santiago, U.S. Border Patrol Agent
*Printed name and title*

Sworn to before me over the telephone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: 5/16/25

*Judge's signature*

City and state: Tampa, Florida    Honorable Lindsay S. Griffin, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Luis A. Santiago, being duly sworn, hereby depose and state as follows:

1. I submit this affidavit in support of a criminal complaint charging **Albino DIAZ-HERNANDEZ (a/k/a Alvino DIAZ-HERNANDEZ)**, a native and citizen of Mexico, with being an alien found in the United States without permission after removal, in violation of 8 U.S.C. § 1326(a) and (b)(1). The statements contained in this affidavit are based on my personal knowledge and experience, and reliable information from other law enforcement officers and computer databases. Because of the limited purpose of this affidavit, I have not included each and every fact known to me. Rather, I have included only those facts necessary to establish probable cause supporting the requested complaint.

2. I have been employed as a United States Border Patrol Agent with the United States Border Patrol since August 2005. Since March 2018, I have been assigned to the United States Border Patrol Station in Tampa, Florida, as a Border Patrol Agent.

3. In my capacity as a Border Patrol Agent, I am charged with enforcing U.S. immigration laws, both administrative and criminal. I am a federal law enforcement officer with the authority to execute arrest warrants and search warrants under the authority of the United States.

## PROBABLE CAUSE

4. On May 15, 2025, the Florida Highway Patrol ("FHP") conducted a traffic stop on a black 2019 GMC Sierra bearing Florida tag #CC6618, west on

Interstate 4 on the Interstate 75 ramp, in Seffner, Florida, for window tint that appeared to be too dark, and a vanity plate obstructed a portion of the top and bottom of the tag. Upon the vehicle stopping, a total of eight passengers (including the driver) were in the vehicle, sitting on top of each other due to no space. **DIAZ-HERNANDEZ** was one of the passengers.

5. FHP made contact with the driver, who identified himself via a Honduran Passport. FHP conducted a check of the driver and found he had a Florida Driver License number assigned, but no license issued. Records also showed his license was suspended. The Honduran passport showed no signs of legal status in the United States, and Tampa Border Patrol was requested for assistance.

6. A Border Patrol Agent arrived on scene and questioned all as to their citizenship and identifications. All claimed to be in the United States illegally and had no immigration documents that would allow them to enter and or remain in the United States legally. All either failed to provide identification or stated they had none. All subjects were transported to the Tampa Border Patrol station for processing.

7. Customs and Border Protection ("CBP") database records checks on **DIAZ-HERNANDEZ** showed he is a citizen and national of Mexico, with no lawful status in the United States. **DIAZ-HERNANDEZ** has an A-File, with a unique number, containing all his immigration history. At the station, **DIAZ-HERNANDEZ's** fingerprints and photo were taken and submitted through the

Integrated Automated Fingerprint Identification System ("IAFIS") and compared with those taken prior to his previous removals from the United States. The database indicated that the fingerprints are from the same person.

8. **DIAZ-HERNANDEZ's** fingerprints and record checks revealed him to be a Mexican national who had been previously ordered removed by an Immigration Judge on November 16, 2009, in Newark, New Jersey and removed through Harlingen, Texas, on November 19, 2009.

9. On February 20, 2020, **DIAZ-HERNANDEZ** was arrested by Eagle Pass Border Patrol after illegally re-entering the United States. **DIAZ-HERNANDEZ** was prosecuted for illegal re-entry, in violation of 8 U.S.C. § 1326, and was convicted of that felony offense on October 13, 2020. **DIAZ-HERNANDEZ** was subsequently removed from the United States on November 4, 2020, through Laredo, Texas, to Mexico.

10. I am not aware of any information or evidence indicating that **DIAZ-HERNANDEZ** involuntarily reentered the United States after his last removal.

11. No information exists in the A-File or the immigration computer databases that shows **DIAZ-HERNANDEZ** requested or received permission from the Attorney General, the Secretary for the Department of Homeland Security, or any other immigration official to either re-enter the United States after having been previously removed or to reapply for admission to the United States after having been previously removed.

## CONCLUSION

10. Based on the foregoing facts, I believe there is probable cause to believe that **Albino DIAZ-HERNANDEZ (a/k/a Alvino DIAZ-HERNANDEZ)**, a native and citizen of Mexico, is an alien found in the United States without permission after being removed from the United States, in violation of 8 U.S.C. § 1326(a) and (b)(1).

_____
Luis A. Santiago
United States Border Patrol

Affidavit submitted to me by reliable electronic means and attested to me as true and accurate by telephone or other reliable electronic means consistent with Fed. R. Crim. P. 4.1 and 41(d)(3) before me this 16th day of May, 2025.

_____
HONORABLE LINDSAY S. GRIFFIN
United States Magistrate Judge

4